UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHESTER J. CHMIELEWSKI and
KATHERINE A. CHMIELEWSKI,

        CASE NO: 8:13-CV-03170-JDW-MAP

    Plaintiffs,

V.

THE CITY OF ST. PETE BEACH,

    Defendant.
_____/

## SUPPLEMENT TO PLAINTIFF'S MOTION TO SUBSTITUTE A PARTY

COMES NOW PLAINTIFF, Katherine A. Chmielewski, and supplements her Motion to Substitute a Party. On July 24, 2014, the Circuit Court of Pinellas County Probate Division entered an order appointing Paul Chmielewski as the Personal Representative of Chester J. Chmielewski in Case Number 14-005095-ES. A copy of that court's order is attached as **Exhibit A.**

This attached order is provided to demonstrate Mr. Paul Chmielewski's standing as personal representative of his father's estate pursuant to this Court's July 29, 2014 order on standing. With respect to the 42 U.S.C. § 1983 cause of action, the undersigned counsel renews the Motion to Substitute Paul Chmielewski as Personal Representative of the estate of Chester Chmielewski, which has been denied without prejudice by the Court's July 28, 2014 order.

Respectfully submitted,

*/S/ Leonard M. Collins*
M. STEPHEN TURNER
Florida Bar No.: 95691
LEONARD M. COLLINS
Florida Bar No: 423210
**BROAD AND CASSEL**
215 S. Monroe Street, Suite 400
Tallahassee, FL 32301
Telephone: (850) 681-6810
Facsimile: (850) 681-9792
sturner@broadandcassel.com
lcollins@broadandcassel.com
pwilliams@broadandcassel.com
mubieta@broadandcassel.com

and


JENNIFER A. WINEGARDNER
Florida Bar No.: 133930
**THE CHASE FIRM**
1535 Keillearn Center Blvd., Suite A1
Tallahassee, fL 32309
Telephone: (850) 385-9880
Facsimile: (850) 422-0074
jwinegardner@chasefirm.com
patty.pizzuto@chasefirm.com

Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via E-mail on this 28th day of July, 2014.

Scott B. Albee, Esq.
salbee@fulmerleroy.com
David Gallagher, Esq.
DGallagher@fulmerleroy.com
**Fulmer, LeRoy, Albee, Baumann & Glass, PLC**
605 South Blvd.
Tampa, FL 33606

Counsel for Defendant

/S/ *Leonard M. Collins*
ATTORNEY