UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PAUL CHMIELEWSKI as Personal
Representative of the Estate of
Chester J. Chmielewski and
KATHERINE A. CHMIELEWSKI,

        CASE NO.: 8:13-cv-03170-JDW-MAP

    Plaintiffs,

v.

CITY OF ST. PETE BEACH,

    Defendant.
_____/

## VERDICT

1. As to Count 1, Plaintiffs' 4th Amendment claim, do you find that the actions of the CITY OF ST. PETE BEACH meaningfully interfered with the possessory interests of the CHMIELEWSKIS in their property, and that such actions were unreasonable?

    Yes __✓__   No _____

    If your answer is no, proceed to question # 5. If your answer is yes, answer questions #2. #3 and # 4.

2. State the amount of damages, if any, for mental and emotional distress and personal humiliation caused to CHESTER J. CHMIELEWSKI by the CITY'S unreasonable, meaningful interference with his possessory interest in his property.

    $ __50,000__

3. State the amount of damages, if any, for mental and emotional distress and personal humiliation caused to KATHERINE A. CHMIELEWSKI by the CITY'S unreasonable, meaningful interference with her possessory interest in her property, and any related harm that she is reasonably certain to experience in the future.

    $ __75,000__

1

4. State the amount of compensation you find is due to PAUL CHMIELEWSKI, as Personal Representative for the Estate of Chester J. Chmielewski and KATHERINE A. CHMIELEWSKI for:

   (a) the loss of use and enjoyment of the property:

   $ 200,000

   (b) the difference in the value of the property before and after the CITY'S interference:

   $ 400,000

5. As to Count 2, KATHERINE A. CHMIELEWSKI'S claim of inverse condemnation under Florida law, do you find that the CITY OF ST. PETE BEACH undertook a de facto taking of the Chmielewski beach parcel for public benefit?

   Yes ✓   No _____

   If your answer is no, sign and date the verdict form and return it to the courtroom. If your answer is yes, answer question # 6.

6. What is the amount of just compensation you find is due for the property taken?

   $ 1,489,700


SO SAY WE ALL, this 23 day of October, 2015.

_____
FOREPERSON

2